NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHESTNUT HILL SOUND INC.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2018-1163

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00794.

---

**JUDGMENT**

---

ALEXIS FAYE MOSSER, Caldwell Cassady & Curry, Dallas, TX, argued for appellant. Also represented by JASON DODD CASSADY, HAMAD M. HAMAD.

JUANITA ROSE BROOKS, Fish & Richardson, PC, San Diego, CA, argued for appellee. Also represented by JOHN A. DRAGSETH, MARIA ELENA STITELER, Minneapolis, MN.

COURTNEY DIXON, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by KATHERINE TWOMEY ALLEN, MARK R. FREEMAN, SCOTT R. MCINTOSH, JOSEPH H. HUNT; THOMAS W. KRAUSE, JOSEPH MATAL, FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and BRYSON, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 31, 2019          /s/ Peter R. Marksteiner
Date                    Peter R. Marksteiner
                        Clerk of Court